

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Joe Roy Cockerham v. The State of Texas

Appellate case number:    01-21-00527-CR

Trial court case number:  1549525

Trial court:              182nd District Court of Harris County

      Appellant has filed a motion for extension of time to file his brief but this request is premature because the complete record has not yet been filed.  *See* TEX. R. APP. P. 38.6(a). Although the reporter's record was filed on November 9, 2021, the clerk's record has not yet been filed.  Appellant's brief is not due until 30 days after the clerk's record is filed.  *See id.*

      Accordingly, we **deny** appellant's motion as premature.

      It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
              ☑ Acting individually     ☐ Acting for the Court


Date: __December 9, 2021__